DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

————————————————

ANTONIO LEE ROSS,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D23-1360

————————————————

November 8, 2023

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Hillsborough County; Michelle Sisco, Judge.

PER CURIAM.

Affirmed.

SLEET, C.J., and SILBERMAN and SMITH, JJ., Concur.

————————————————

Opinion subject to revision prior to official publication.